# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

MICHAEL MILLINER,         )
                                      )

      Petitioner,         )
                                      )

v.                           )    Case No.: 1:18-cv-00687-AKK-SGC
                                      )

WARDEN LEON BOLLING, et al.,  )
                                      )

      Respondents.     )

## MEMORANDUM OPINION

The magistrate judge filed a report on July 8, 2019, recommending this *pro se* petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed as time-barred; the report further recommended denial of a certificate of appealability. Doc. 5. Although the report advised the petitioner, Michael Milliner, of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the courts **ADOPTS** the report and **ACCEPTS** its recommendations. Doc. 5. A separate order will be entered.

**DONE** the 9th day of August, 2019.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE